## Commonwealth *v.* Harrington, Appellant.

Submitted March 8, 1971. *Gerald E. Ruth,* Public Defender, for appellant; *Robert J. Wire, Jr.,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed and record remanded for a hearing on the original or an amended PCHA petition, and production of notes of testimony at the PCHA hearing. Cf. *Commonwealth v. Anderson,* 441 Pa. 483, 272 A. 2d 877 (1971).

WRIGHT, P. J., dissents.

## Commonwealth *v.* Hawkins, Appellant.

Submitted March 8, 1971. *John H. Chronister,* Assistant Public Defender, for appellant; *Joseph E. Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.